983 So.2d 33 (2008)
Daniel J. DONOFRIO, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-422.
District Court of Appeal of Florida, Fifth District.
April 29, 2008.
*34 Daniel J. Donofrio, Blountstown, pro se.
Bill McCollum, Attorney General, Tallahassee, and Ann M. Phillips, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Garnett v. State, 957 So.2d 32 (Fla. 2d DCA 2007).
GRIFFIN, PLEUS and MONACO, JJ., concur.